MATILDA WIENKE, Respondent, *v.* THE VILLAGE OF NORTH TONAWANDA, Appellant.

Mem. of decision below, 65 Hun, 625.
(Argued December 2, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying defendant's motion for a new trial.

*Tracy C. Becker* for appellant.

*W. B. Simson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not voting.